**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARLAND & MASON, L.L.C.**
**Manalapan Corporate Plaza**
**195 Route 9 South, Suite 204**
**Manalapan, NJ 07726**
**P: (732) 358-2028**
**F: (732) 358-2029**
**Attorneys for Debtor**

**In re:**

**CANDACE M. (RITZ) BERTELSON,**

**Debtor.**

**Case No. 19-23160 (CMG)**

**Chapter 13**

**Hon. Christine M. Gravelle**

## CERTIFICATION PURSUANT TO BANKRUPTCY CODE §109(h)(3)(A)

**CANDACE M. BERTELSON**, of full age, being duly sworn according to law, upon her oath, certifies as follows:

1.    I am the debtor in the above-captioned chapter 13 proceeding.   I have personal knowledge of the facts set forth herein.

2.    This Certification is submitted pursuant to Bankruptcy Code §109(h)(3)(A), to explain the exigent circumstances of my filing and why my Credit Counseling Certification, pursuant to Bankruptcy Code §109(h)(1) is dated one (1) day after the filing date of my chapter 13 bankruptcy petition.

3.    On June 24, 2019, my residence where I reside with my son, located at 14 Hope

1

Drive, Millstone Township, New Jersey 08510 (the "Property") was sold at sheriff's sale.   My

lender credit bid in its mortgage and acquired the Property.   Subsequently, I spoke with Debbie

at the Monmouth County Sheriff's Office who told me that I had a ten (10) day right of

redemption during which I could save the Property if I paid the lender the outstanding balance.

4.      I spoke with several attorneys who were unable to help me reverse the process,

stop the process or stay the process.   On July 3, 2019, I spoke with my current attorneys who

explained to me that a chapter 13 bankruptcy filing would afford me an additional sixty (60) days

to redeem the Property as long as I filed the petition prior to the expiration of the ten (10) day

redemption period.   As a result, I made the decision to move forward with the bankruptcy filing

in order to, among other things, pursue redemption during this enlarged period of time.

5.      My ten (10) day redemption period expired on July 5, 2019, and on the advice of

counsel I wanted to file before July 5 so there was no mistake that my petition had been filed

prior to the redemption period expiring.

6.      I completed the credit counseling course with Cricket Debt Counseling on July 4,

2019.   A copy of my counseling session receipt is attached.   However, because of the holiday,

there were no credit counselors available to speak with me, complete the process and issue the

Credit Counseling Certificate.   I advised my attorney that I had completed the course, but would

not be able to speak with a counselor until the morning of July 5, 2019.   As a result, my attorney

filed my chapter 13 petition on July 4, 2019 at 10:50pm.

7.      The following day, July 5, 2019, I was able to speak with a credit counselor,

complete the process and receive the Credit Counseling Certificate which my attorney filed later

that day.

2

8.      Accordingly, based on the foregoing, I respectfully submit that the foregoing

circumstances merit a waiver of the requirements contained in Bankruptcy Code §109(h)(1).

I hereby certify that the foregoing factual statements made by my are truthful and

accurate.   I am aware that if any of the foregoing factual statements made by me are willfully

false, I may be subject to penalty.


                                    /s/      Candace M. Bertelson
                                    Candace M. Bertelson

Dated: July 6, 2019

3

## Fwd: Receipt for Cricket Debt Counseling counseling session

Candace Bertelson <cbertelson7@gmail.com>

Thu 7/4/2019 8:45 PM

**To:** Gary Mason <Gary@GarlandMasonLaw.com>

# Candace Bertelson

cbertelson7@gmail.com
Tel: 732.709.3135
Fax: 800.387.0511

Begin forwarded message:

**From:** Cricket Debt Counseling <info@cricketdebt.com>
**Date:** July 4, 2019 at 6:36:21 PM EDT
**To:** cbertelson7@gmail.com
**Subject: Receipt for Cricket Debt Counseling counseling session**

**Receipt for Cricket Debt Counseling Counseling Session**

Date Purchased: 07/04/2019 03:36 pm

Amount: $24.00

Your account number: 1674138

Your username: **YK7FE5**

Paid by: Candace Bertelson

Card number:

Billing address: 14 Hope Drive

Millstone Township, NJ  08510